UNIQUE SHIPPING CO. v. J. M. GUFFEY PETROLEUM CO. (Circuit Court of Appeals, Second Circuit. April 4, 1910.) No. 201. Appeal from the

District Court of the United States for the Southern District of New York. Wing, Putnam & Burlingham (Charles C. Burlingham, of counsel), for appellant. Wheeler, Cortis & Haight (Charles S. Haight and John W. Griffin, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We entirely concur in the conclusions of the commissioner and District Judge. Decree (169 Fed. 905) affirmed, with interest and costs.